IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYDELL SWINSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BLAKELY, et al. | : | NO. 14-1871 |

ORDER

AND NOW, this 15th day of July, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of plaintiff Lydell Swinson for more time for discovery (Doc. # 116) is DENIED; and

(2)  the motion of defendants Captain Alfred Flaim, Lieutenant John Lozar, and Lizette Blakely for summary judgment (Doc. # 113) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                                           J.